IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-WYD-KLM

AMY NUGENT, an individual doing business as CROWN CHIC BOUTIQUE,

    Plaintiff,

v.

CROWN CHIC, INC., a Kansas corporation,
SHERRI L. LITTON, an individual, and
RONALD LITTON, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Crown Chic, Inc., Sherry L. Litton and Ronald Litton Motion to Vacate Scheduling Conference and Continue Submission of Scheduling Order** [Docket No. 21; Filed July 16, 2008] (the "Motion"). In the Motion, Defendants contend that until District Court Judge Wiley Y. Daniel rules on Plaintiff's pending Motion No. 18, the "scheduling conference would have no practical assistance to the parties or the Court." *Motion* [#21] at 1. In the alternative, Defendants request permission to appear telephonically at the currently set Scheduling Conference. Judge Daniel has now issued an Order on Motion No. 18 [Docket No. 23]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. To the extent that Defendants seek to vacate and reset the Scheduling Conference and continue the submission of the proposed Scheduling Order, the Motion is **denied**. To the extent that counsel for Defendants seeks to appear telephonically, the Motion is **granted**. On July 23, 2008 at 10:00 a.m. MST, counsel for Defendants shall contact Chambers at **(303) 335-2770** to participate.

Dated: July 16, 2008