IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-WYD-KLM

AMY NUGENT, an individual doing business as CROWN CHIC BOUTIQUE,

    Plaintiff,

v.

CROWN CHIC, INC., a Kansas corporation,
SHERRI L. LITTON, an individual, and
RONALD LITTON, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Unopposed Plaintiff's Motion to Appear by Telephone for Scheduling Conference** [Docket No. 26; Filed July 18, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Court has already granted permission to Defendants' counsel to appear by telephone at the Scheduling Conference set for July 23, 2008 at 10:00 a.m. [Docket No. 24]. Given technological constraints of the courtroom, on the date and time set for the hearing, Plaintiff's counsel shall arrange a <u>conference call</u> with Defendants' counsel and contact the Court on a single telephone line at **(303) 335-2770** to participate. If circumstances discussed in the Motion change, Plaintiff's counsel may appear in person.

Dated: July 18, 2008