IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00069-MJW-KLM

AMY NUGENT, et al.,

Plaintiff(s),

v.

CROWN CHIC, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Motion to Amend Scheduling Order, DN 46, filed with the Court on November 3, 2008, is GRANTED. The expert and rebuttal designations deadlines set forth in the motion are extended up to and including December 1, 2008 and January 1, 2009, respectively.

It is FURTHER ORDERED that the parties shall use the correct case number in this case **08-cv-00069-MJW-KLM** on all future pleadings.

Date: November 4, 2008