IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-MJW-KLM

AMY NUGENT, an individual doing business as CROWN CHIC BOUTIQUE,

    Plaintiff,

v.

CROWN CHIC, INC., a Kansas corporation,
SHERRI L. LITTON, an individual, and
RONALD LITTON, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Appear Telephonically at Settlement Conference** [Docket No. 50; Filed February 2, 2009] (the "Motion")

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Defendants' failure to comply with D.C. Colo. L. Civ. R. 7.1(A).

Dated: February 3, 2009