IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-MJW-KLM

AMY NUGENT, an individual doing business as CROWN CHIC BOUTIQUE,

    Plaintiff,

v.

CROWN CHIC, INC., a Kansas corporation,
SHERRI L. LITTON, an individual, and
RONALD LITTON, an individual,

    Defendant(s).

_____

# MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' [Second] Motion to Appear Telephonically at Settlement Conference** [Docket No. 54; Filed February 4, 2009] (the "Motion"). Defendant conferred with counsel for Plaintiff regarding the relief requested and certified that Plaintiff does not oppose the telephonic appearance of Defendants, but does oppose the telephonic appearance of Defendants' counsel for "unstated reasons."

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Settlement Conference, Defendants' counsel is directed to initiate a conference call with his clients and contact the Court on a single line at **(303) 335-2770** to participate.

Dated: February 6, 2009