IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-MJW-KLM

AMY NUGENT, et al.,

Plaintiff(s),

v.

CROWN CHIC, INC.,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

In view of the tentative settlement of all claims at issue in this case (see Docket No. 57), it is hereby **ORDERED** that Defendants' Crown Chic, Inc., Sherry L. Litton and Ronald Litton Motion to Dismiss **(Docket No. 13)**, Defendants' Crown Chic, Inc., Sherry L. Litton and Ronald Litton Motion to Dismiss Amended Complaint **(Docket No. 38)**, and Plaintiff's Verified Motion for Order to Compel Production **(Docket No. 53)** are **denied without prejudice**.

Date: February 27, 2009