IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-00069-MJW-KLM

AMY NUGENT, an individual doing business as CROWN CHIC BOUTIQUE,

    Plaintiff,

v.

CROWN CHIC, INC., a Kansas corporation,
SHERRI L. LITTON, an individual, and
RONALD LITTON, an individual,

    Defendant(s).

_____

## ORDER OF RECUSAL
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court *sua sponte*.  Plaintiff has filed a Motion to Enforce Settlement Agreement [Docket No. 61; Filed April 8, 2009] (the "Motion").  Because I was involved in negotiating the settlement agreement at issue and may be a witness regarding the Motion, I must recuse myself from the case to avoid the appearance of impropriety.

    Accordingly, pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated:      April 9, 2009

                                                    BY THE COURT:

                                                    __s/ Kristen L. Mix___
                                                    Kristen L. Mix
                                                    United States Magistrate Judge