IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00069-MJW-CBS

AMY NUGENT, et al.,

Plaintiff(s),

v.

CROWN CHIC, INC.,

Defendant(s).

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulation to Dismiss (docket no. 65) is APPROVED and made an Order of Court.  This case is DISMISSED with prejudice pursuant to Fed. R. Civ. P. 41.  Each party shall be responsible for their own attorney fees and costs.

It is FURTHER ORDERED that Plaintiff's Motion to Enforce Settlement Agreement and to Stay Proceedings is MOOT based upon the Stipulation to Dismiss (docket no. 65) and therefore DENIED.

It is FURTHER ORDERED that the Final Pretrial Conference set on May 7, 2009, at 9:30 a.m. is VACATED.

Date:  May 4, 2009